UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS HANSERD,

    Petitioner,

v.

TONY TRIERWEILER,

    Respondent.

Case No. 16-cv-11099
Hon. Matthew F. Leitman

_____/

## JUDGMENT

The above entitled matter having come before the Court on a petition for a writ of habeas corpus, Honorable Matthew F. Leitman, a United States District Court Judge, presiding, and in accordance with the Opinion and Order entered on October 30, 2018.

(1) The petition for a writ of habeas corpus is DISMISSED WITH PREJUDICE.

(2) A certificate of appealability is DENIED.

(3) Petitioner is GRANTED leave to appeal *in forma pauperis*.

Dated at Flint, Michigan, this 30th day of October, 2018.

                                DAVID J. WEAVER
                                CLERK OF COURT

                      By:    s/Holly A. Monda
                              Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge